# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
DAVID A. FRANCIS, BAR NO. 7705.

No. 70066

**FILED**

JUN 17 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
CHIEF DEPUTY CLERK

## ORDER REGARDING SCR 111(4) PETITION

This is a petition informing this court of the criminal conviction of attorney David A. Francis for DUI in Las Vegas Municipal Court Case No. C1114388A. As this matter has been included in the conditional plea agreement approved in *In re Discipline of Francis*, Docket No. 70020 (June 14, 2016, Order Approving Conditional Plea Agreement), we will take no further action in this matter and thus dismiss this petition.

It is so ORDERED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
Pitaro & Fumo, Chtd.
Kimberly K. Farmer, Executive Director, State Bar of Nevada

16-19085